IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM CARBOY,                                :
                                               :
      Plaintiff,                              :
                                               :
v.                                             :   Case No.: _____
                                               :
HD SUPPLY INC., PROBUILD EAST, LLC,            :
GARY FARBER, AND BOBBY FEHR,                   :
                                               :
      Defendants.                             :
_____:

**NOTICE OF CONSENT TO REMOVAL**

Defendant Probuild East, LLC, by and through its undersigned attorneys, advises the Court that it consents to removal of this action to federal court.

WHEREFORE, Defendant Probuild East, LLC hereby consents to removal of the State Court Action.

Respectfully submitted,

_____
Kevin D. Johnson
Florida Bar No.: 0013749
Gretchen M. Lehman
Florida Bar No.: 0046365
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin Street, Suite 1600
Tampa, Florida 33602
Local Counsel of Record for Defendants Probuild
East LLC, Gary Farber and Bobby Fehr

And

Thomas M. Winn, III
Virginia Bar No.: 35758
Elizabeth Hope Cothran
Virginia Bar No.: 66555
Patice L. Holland
Florida Bar No.: 0044188; Virginia Bar No.: 76016
Woods Rogers PLC
P.O. Box 14125
Roanoke, Virginia 24038-4125
Counsel for Defendants Probuild East LLC, Gary
Farber and Bobby Fehr

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2009, I served a true and correct copy of the foregoing via U.S. First Class Mail upon:

Ryan D. Barack
Michelle Erin Nadeau
Kwall, Showers & Barack, P.A.
133 North Fort Harrison Avenue
Clearwater, Florida 33755

Kevin D. Johnson
Gretchen M. Lehman
Thompson, Sizemore, Gonzalez & Hearing, P.A.
201 N. Franklin Street, Suite 1600
Tampa, Florida 33602

Thomas M. Winn, III
Elizabeth Hope Cothran
Patice L. Holland
Woods Rogers PLC
P.O. Box 14125
Roanoke, Virginia 24038-4125

_____
Attorney

TAMPA:271179.1