UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM CARBOY,

    Plaintiff,

v.                                 Case No. 8:09-cv-1626-T-30TBM

HD SUPPLY INC., et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal With Prejudice (Dkt. #10).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. Each party shall bear their own costs and attorney's fees in this matter.

3. All pending motions are denied as moot.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on January 25, 2010.

                                           JAMES S. MOODY, JR.
                                           UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-1626.dismissal 10.wpd